THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. JOYCE et al., Respondents, against EDWARD SCHIRMER et al., Constituting the Civil Service Commission of the City of White Plains, Appellants.

Argued March 2, 1938; decided March 18, 1938.

*H. Eliot Kaplan* for appellants.

*Francis R. Doherty* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.